UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN FRANCIS ARPINO,<br><br>　　　　　Plaintiff,<br>v.<br><br>SHARRON HOWELL, et al.,<br><br>　　　　　Defendants. | Case No. 3:13-cv-00213-MMD-WGC<br><br>ORDER |

　　　　The Court directed plaintiff to file a new application to proceed *in forma pauperis*. Order (dkt. no. 25). Plaintiff has not complied with the Court's order within the allotted time.

　　　　It is therefore ordered that this action is dismissed without prejudice for plaintiff's failure to comply with the Court's order. The Clerk of the Court shall enter judgment accordingly.

　　　　It is further ordered that an appeal from the dismissal of this action would not be taken in good faith.

　　　　DATED THIS 16th day of January 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE